USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON CAMACHO *and on behalf of all other persons similarly situated*,

Plaintiffs,

v.

GEORGIAN COURT UNIVERSITY,

Defendant.

No. 18-CV-10846 (RA)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-entitled matter, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above entitled action is dismissed with prejudice, without costs or fees to one part against the other, except as otherwise agreed by the parties herein.

| GOTTLIEB & ASSOCIATES | McELROY, DEUTSCH, MULVANEY & CARPETNER, LLP |
|---|---|
| *[signature]* | *[signature]* |
| Jeffrey M. Gottlieb, Esq. | John J. Peirano, Esq. |
| 150 East 18th Street | 1300 Mount Kemble Ave. |
| Suite PHR | P.O. Box 2075 |
| New York, New York 10003 | Morristown, New Jersey 07962 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Dated: | Dated: 5/16/19 |

**SO ORDERED:**

*[signature]*
Hon. Ronnie Abrams, U.S.D.J

Dated: 5-17-19